IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

CHARLES AUGUSTUS ARMBRUSTER
DIANE ARMBRUSTER
        Debtors

CHARLES AUGUSTUS ARMBRUSTER, *et al.*
        Plaintiffs
vs.

COMMONWEALTH FINANCIAL SYSTEMS,
INC. d/b/a NCC
        Defendant

CHAPTER 13

CASE NO. 5:06-bk-50060-JJT

ADVERSARY NO.  5:09-ap-00223-JJT

## JUDGMENT

A trial was held and testimony taken in the above captioned adversary action on February 17, 2010. An interim order was thereafter entered awarding damages and attorney's fees to Plaintiff, requiring a statement of Plaintiff's attorney's fees to be filed within ten days and any objections thereto within ten days thereafter. The statement of services was timely filed on February 26, 2010 and the time for objections has passed without objection.

It is hereby ORDERED the judgment is entered for Plaintiffs, Charles Armbruster and Diane Armbruster and against the Defendant, Commonwealth Systems, Inc. d/b/a NCC in the amount of $15,494.72, calculated as follows:

    a.  actual costs of $67.00;

    b.  punitive damages of $7,500.00; and

    c.  attorney's fees and expenses of $7,927.72.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(BC)

*This document is electronically signed and filed on the same date.*

Dated: March 10, 2010